PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

Bryan Edwin Green #01974579
Plaintiff's Name and ID Number

Bill Clements Unit, Amarillo, Texas
Place of Confinement

CASE NO. TO BE ASSIGNED
(Clerk will assign the number)

v.

Rachelle Barlow, Corrections Officer III
Defendant's Name and Address
Holliday Unit
295 IH-45 North
Huntsville, Texas 77320

Robert Castleberry, Major
Defendant's Name and Address
Holliday Unit
295 IH-45 North
Huntsville, Texas 77320

Defendant's Name and Address
( DO NOT USE "ET AL.")

United States District Court
Southern District of Texas
FILED
JUN 13 2016
David J. Bradley, Clerk of Court

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "...if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS: (SEE ATTACHED EXHIBIT A)

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
  1. Approximate date of filing lawsuit: MAY 18, 2015
  2. Parties to previous lawsuit:
     Plaintiff(s) BRYAN EDWIN GREEN #01974579
     Defendant(s) RACHELLE BARLOW AND ROBERT K. CASTLEBERRY
  3. Court: (If federal, name the district; if state, name the county.) U.S. DISTRICT COURT - SOUTHERN DISTRICT OF TEXAS
  4. Cause number: 4:15-CV-01353
  5. Name of judge to whom case was assigned: JUDGE ALFRED H. BENNETT
  6. Disposition: (Was the case dismissed, appealed, still pending?) DISMISSED WITHOUT PREJUDICE
  7. Approximate date of disposition: JUNE 4, 2015

2

II. PLACE OF PRESENT CONFINEMENT: BILL CLEMENTS UNIT OF TDCJ-ID IN AMARILLO, TEXAS

III. EXHAUSTION OF GRIEVANCE PROCEDURES: (SEE EXHIBIT A)

Have you exhausted all steps of the institutional grievance procedure? ✓YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution. STEP 2 GRIEVANCE FORM WAS SENT TO THE COURT WITH AMENDED COMPLAINT FOR CASE NUMBER 4:15-CV-01353.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: BRYAN EDWIN GREEN #01974579
BILL CLEMENTS UNIT
9601 SPUR 591
AMARILLO, TEXAS 79107

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: RACHELLE BARLOW, TDCJ-ID CORRECTIONS OFFICER III; HOLLIDAY UNIT OF TDCJ-ID; 295 IH-45 NORTH, HUNTSVILLE, TX 77320.
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #2: ROBERT K. CASTLEBERRY, TDCJ-ID MAJOR OF CORRECTIONS OFFICERS; HOLLIDAY UNIT OF TDCJ-ID; 295 IH-45 NORTH, HUNTSVILLE, TX 77320.
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: N/A

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
N/A

Defendant #4: N/A
N/A
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: N/A
N/A
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
N/A

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT. (CONTINUED IN EXHIBIT B ATTACHED).

(1) THE PLAINTIFF CLAIMS THAT DEFENDANT CORRECTIONS OFFICER RACHELLE BARLOW VIOLATED THE PLAINTIFF'S EIGHTH AMENDMENT RIGHTS UNDER THE UNITED STATES CONSTITUTION WHEN, ON THE MORNING OF APRIL 6, 2015 AT APPROXIMATELY 5:50 AM AT THE INFIRMARY OF THE HOLLIDAY UNIT OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE IN HUNTSVILLE, TEXAS, SHE USED EXCESSIVE, NON-PROVOKED, AND UNNECESSARY FORCE AGAINST THE PLAINTIFF IN A MALICIOUS AND SADISTIC MANNER THAT WAS MEANT SPECIFICALLY TO CAUSE HARM AND WAS NOT NECESSARY TO KEEP ORDER. MS. BARLOW INCORRECTLY CLAIMED THAT THE PLAINTIFF HAD GIVEN HER INCORRECT HOUSING INFORMATION FOR HER HEADCOUNT AND, IN RETALIATION, SHE FORCEFULLY SHOVED THE PLAINTIFF

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. THE PLAINTIFF RESPECTFULLY PRAYS THAT THIS COURT ENTER JUDGMENT: (1) GRANTING THE PLAINTIFF COMPENSATORY DAMAGES IN THE AMOUNT OF $50,000 AGAINST EACH DEFENDANT, JOINTLY AND SEVERALLY.
(2) GRANTING THE PLAINTIFF PUNITIVE DAMAGES IN THE AMOUNT OF $50,000.
(3) ANY ADDITIONAL RELIEF THIS COURT DEEMS JUST, PROPER AND EQUITABLE.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
I HAVE ONLY USED THE NAME BRYAN EDWIN GREEN. I HAVE NO ALIASES.

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
TDCJ-CID IDENTIFICATION NUMBER 01974575.

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?   ___YES  ✓NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.) NOT APPLICABLE

   1. Court that imposed sanctions (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date sanctions were imposed: _____

    4. Have the sanctions been lifted or otherwise satisfied? \_\_\_YES \_\_\_NO

C. Has any court ever warned or notified you that sanctions could be imposed? \_\_\_YES ✓NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.) NOT APPLICABLE

    1. Court that issued warning (if federal, give the district and division): _____

    2. Case number: _____

    3. Approximate date warning was issued: _____

Executed on: MAY 27, 2016
DATE

*[signature]*, PRO SE

BRYAN GREEN #01974579
(Signature of Plaintiff)
BILL CLEMENTS UNIT
9601 SPUR 591
AMARILLO, TEXAS 79107

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 27TH day of MAY, 20 16.
(Day) (month) (year)

*[signature]*, PRO SE

BRYAN GREEN #01974579
(Signature of Plaintiff)
BILL CLEMENTS UNIT
9601 SPUR 591
AMARILLO, TEXAS 79107

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

I. PREVIOUS LAWSUITS (CONTINUED):

B.

1. APPROXIMATE DATE OF FILING LAWSUIT: JULY 1, 2015
2. PARTIES TO PREVIOUS LAWSUIT:
   PLAINTIFF(S)  BRYAN EDWIN GREEN #01974579
   DEFENDANT(S)  RACHELLE BARLOW;
                 ROBERT K. CASTLEBERRY; AND
                 TEXAS DEPARTMENT OF CRIMINAL JUSTICE
3. COURT: TEXAS 12TH JUDICIAL DISTRICT, WALKER COUNTY, TEXAS
4. CAUSE NUMBER: 1527478
5. NAME OF JUDGE TO WHOM CASE WAS ASSIGNED:
   JUDGE DONALD KRAEMER
6. DISPOSITION: DISMISSED ON FINAL JUDGMENT — AS FRIVOLOUS AND NOW UNDER APPEAL.
7. APPROXIMATE DATE OF DISPOSITION: OCTOBER 15, 2015

B.

1. APPROXIMATE DATE OF FILING LAWSUIT: NOVEMBER 9, 2015
2. PARTIES TO APPEAL:
   APPELLANT(S): BRYAN EDWIN GREEN #01974579
   APPELLEE(S): RACHELLE BARLOW;
                ROBERT K. CASTLEBERRY; AND
                TEXAS DEPARTMENT OF CRIMINAL JUSTICE

I. PREVIOUS LAWSUITS (CONTINUED):

B.
 3. COURT: COURT OF APPEALS FOR THE 10TH SUPREME JUDICIAL DISTRICT
 4. CAUSE NUMBER: 10-15-00387-CV
 5. NAME OF JUDGE TO WHOM CASE WAS ASSIGNED: VARIOUS
 6. DISPOSITION: STILL PENDING
 7. APPROXIMATE DATE OF DISPOSITION: NOT APPLICABLE

II. EXHAUSTION OF GRIEVANCE PROCEDURES:

THE PLAINTIFF FILED A STEP 1 GRIEVANCE ON APRIL 7, 2015, AND RECEIVED THE RELATED WRITTEN DECISION ON MAY 12, 2015. THEN PLAINTIFF THEN FILED THE ASSOCIATED STEP 2 GRIEVANCE ON MAY 19, 2015, AND RECEIVED THE WRITTEN DECISION ON MAY 29, 2015. I SENT THE ACTUAL WRITTEN DECISION INTO THIS COURT WITH MY AMENDED FILING OF MY ORIGINAL COMPLAINT (CASE NUMBER 4:15-CV-01353) ON JUNE 10, 2015. THE ACTUAL STEP 2 DECISION IS STILL IN THE POSSESSION OF THE COURT.

STATEMENT OF CLAIM (CONTINUED) —

three times with her body (once) and arms (twice), pushing the plaintiff back on his injured ankle (a pre-existing, work-related injury) and, thus, exacerbated the ankle injury which resulted in severe swelling for a period of six days.

There were approximately twenty other inmates who were also present in the Holliday Unit Infirmary holding cell at this time who witnessed the incident. The Texas Department of Criminal Justice has the complete list of the names of these inmates since they investigated this incident based upon my grievance filing. Moreover, I have come to understand, upon information and belief, that eight of the inmates who witnessed the incident also filed grievances on Corrections Officer Barlow on this matter with the Texas Department of Criminal Justice.

(2) The plaintiff claims that defedant Major Robert Castleberry violated his rights under the First Amendment to the United States Constitution when, on the afternoon of April 29, 2015 at the information desk of the Holliday Unit, the Major verbally threatened the plaintiff with physical

STATEMENT OF CLAIM (CONTINUED) —

VIOLENCE FOR EXERCISE OF THE PLAINTIFF'S RIGHT TO SEEK REDRESS FROM THE PRISON THROUGH USE OF THE PRISON GRIEVANCE SYSTEM. MAJOR CASTLEBERRY INITIALLY INQUIRED ABOUT THE PLAINTIFF'S CHEST INJURIES AS A RESULT OF THE EXCESSIVE FORCE INCIDENT OF APRIL 6, 2015. WHEN THE PLAINTIFF REPLIED THAT THE INJURIES WERE TO HIS ANKLE, DEFENDANT CASTLEBERRY VERBALLY THREATENED THE PLAINTIFF WITH RETALIATION BY STATING THAT "THE NEXT TIME I WILL MAKE SURE THAT WE LEAVE BIGGER BRUISES ON YOUR CHEST."

(3) EACH DEFENDANT IS SUED INDIVIDUALLY AND IN HIS/HER OFFICIAL CAPACITY. AT ALL TIMES MENTIONED IN THIS COMPLAINT EACH DEFENDANT ACTED UNDER THE COLOR OF STATE LAW.

(4) THIS COURT HAS JURISDICTION OVER THIS MATTER SINCE BOTH THE INCIDENTS IN THE CLAIMS ABOVE OCCURRED IN WALKER COUNTY, TEXAS; BOTH CLAIMS ENTAIL ALLEGED VIOLATIONS OF THE PLAINTIFF'S RIGHTS UNDER THE UNITED STATES CONSTITUTION; AND THE DEFENDANTS IN BOTH INCIDENTS ACTED UNDER THE COLOR OF STATE LAW.

BRYAN GREEN # 1874579
BILL CLEMENTS UNIT
9601 SPUR 591
AMARILLO, TX 79107

LEGAL MAIL

United States District Court
Southern District of Texas
FILED
JUN 13 2016
David J. Bradley, Clerk of Court

MR. DAVID BRADLEY
CLERK OF COURT
P.O. BOX 61010
HOUSTON, TX 77208

